IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-00896-MSK-PAC

LOTHAR ESTENFELDER,

    Plaintiff,

vs.

THE GATES CORPORATION, d/b/a GATES RUBBER COMPANY,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO VACATE AND RESCHEDULE PRETRIAL CONFERENCE**

---

THIS MATTER comes before the Court on Defendant's Partially Unopposed Motion to Vacate and Reschedule Pretrial Conference. Having reviewed the Motion and being fully apprised;

IT IS HEREBY ORDERED that the Motion is GRANTED. The Final Pretrial Conference is rescheduled for **Monday, August 22, 2005** at **4:00 p.m.**

Dated this 4th day of August, 2005

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge