IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-CV-896-MSK-PAC

LOTHAR ESTENFELDER,

    Plaintiff,

vs.

THE GATES CORPORATION, d/b/a GATES RUBBER COMPANY,

    Defendant.

---

**ORDER RE DEFENDANT'S MOTION TO VACATE AND RESCHEDULE FINAL TRIAL PREPARATION CONFERENCE**

---

THIS MATTER comes before the Court on Defendant's Motion to Vacate and Reschedule Final Trial Preparation Conference. Having reviewed the Motion and being fully apprised;

IT IS HEREBY ORDERED that the Motion is GRANTED. The Final Trial Preparation Conference is rescheduled for **Tuesday, August 23, 2005**, at **2:00 p.m.**

Dated this 22nd day of August, 2005.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge