IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-00896-MSK-PAC

LOTHAR ESTENFELDER,

    Plaintiff,

v.

THE GATES CORPORATION, d/b/a GATES RUBBER COMPANY,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 23 day of September, 2005.

BY THE COURT:

_____
Marcia S. Krieger, Judge
United States District Court

APPROVED AS TO FORM:

_____       _____
Attorney for Plaintiff                                                        Attorney for Defendant